UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRUNO NATONIO,

    Plaintiff,

v.                                                    CASE NO.: 8:12-cv-1609-T-23TBM

CAROLYN W. COLVIN, Acting
Commissioner of the United States
Social Security Administration,

    Defendant.
_____/

**ORDER**

On August 8, 2013, United States Magistrate Judge Thomas B. McCoun III issued a report (Doc. 17) that recommends granting the defendant's motion (Doc. 12) to dismiss. More than seventeen days has passed, and neither the plaintiff nor the defendant objects. The report and recommendation (Doc. 17) is **ADOPTED**. The clerk is directed (1) to dismiss the plaintiff's complaint, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on September 5, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE